AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/19/07 |
| NAME OF SERVER (PRINT) Jeffrey D. Singel | TITLE Investigator |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 8 W. 38th St., 8th Floor NY, NY 10018 (see further description under "Other")

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): Documents personally served to Concetta Hawkins who is believed to be one of the last known administrators of the American Financial Services, Inc. 401(k) Plan.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/19/07
Date

Signature of Server

33 Whitehall Street, Suite 1200
Address of Server
New York, NY 10004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.