Hon. Naomi R. Buchwald
Civil Action File No. 07-4845

UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor, | : | |
| Plaintiff, | : | Civil Action File |
| | : | No. 07-4845 |
| v. | : | **MOTION** |
| AMERICAN FINANCIAL SERVICES, INC.<br>401(K) PLAN, | : | **TO APPOINT**<br>**INDEPENDENT**<br>**FIDUCIARY** |
| Defendants. | : | |

-----------------------------------------------------------------------

PLEASE TAKE NOTICE that the Plaintiff, Elaine L. Chao, Secretary of Labor, U.S. Department of Labor, respectfully moves this Court to appoint an Independent Fiduciary for the Defendant American Financial Services, Inc. 401(k) Plan, for the purposes of distributing the Plan's assets to the rightful participants.

Date:   July 13, 2007
        New York, New York

                                        Respectfully Submitted,

                                        JONATHAN L. SNARE
                                        Acting Solicitor of Labor

                                        PATRICIA M. RODENHAUSEN
                                        Regional Solicitor

                                BY:     */s/ John G. Campbell*
                                        JOHN G. CAMPBELL
                                        Attorney JC (2125)

                                        Attorneys for Plaintiff
                                        ELAINE L. CHAO
                                        Secretary of Labor
                                        U.S. Department of Labor

1