Hon. Naomi R. Buchwald
Civil Action File No. 07-4845

John G. Campbell, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 212-337-2111
FAX 212-337-2112

SOL:JC
(07)03071

UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor, | : | |
| | : | Civil Action File |
| Plaintiff, | | |
| | : | No. 07-4845 |
| v. | | |
| | : | |
| AMERICAN FINANCIAL SERVICES, INC.<br>401(K) PLAN, | | |
| | : | |
| Defendants. | : | |

--------------------------------------------------------------------------

### CERTIFICATE OF SERVICE

I, PAULA LEWIS, do hereby declare under the penalties of perjury that on July 13, 2007, I served the Defendant American Financial Services, Inc. 401(k) Plan copies of the following documents: 1) Motion to Appoint Independent Fiduciary 2) Attorney Declaration with Exhibits 3) Memorandum of Law 4) Proposed Order, and 5) a letter from John G. Campbell, Esq., accompanying the Court's courtesy copies of these papers. I made this service by regular mail to Concetta Hawkins at 8 West 38th Street, 8th Floor, New York, New York 10018.

Date: 7/13/07          /s/: _____

1