UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

            Plaintiff,

    - against -

AMERICAN FINANCIAL SERVICES, INC. 401(K)
PLAN,

           Defendant.
------------------------------------X

**O R D E R**

07 Civ. 4845 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** this Court signed an Order on August 21, 2007, which appointed Jacqueline M. Carmichael as Independent Fiduciary of the American Financial Services, Inc. 401(k) Plan, and outlined the duties of Independent Fiduciary; and

    **WHEREAS** the Independent Fiduciary so appointed has submitted a statement of anticipated fees of $3,000, including out of pocket expenses, to complete her duties with regard to American Financial Services, Inc. 401(k) Plan; and

    **WHEREAS** the Court approves of the requested fee; and

    **WHEREAS** the Court's previous Order provided that: "Upon approval by this Court of the Independent Fiduciary's anticipated fees and expenses, this matter shall be deemed closed" (Paragraph 13); and

**WHEREAS** the Court has been informed by the Department of Labor that it seeks no further relief in this case; it is hereby

**ORDERED** that the Clerk of the Court close this case.

Dated:   New York, New York
         October 26, 2007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

John Campbell
United States Department of Labor
Office of the Solicitor
201 Varick Street, Room 983
New York, NY 10014

Jacqueline M. Carmichael
JM Pension Advisory, Inc.
15807 Crabbs Branch Way
Suite B
Derwood, MD 20855